IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-08-1770 |
| § | |
| MARTIN RUBIO, SR., *et al.,* § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

Plaintiff J&J SPORTS PRODUCTIONS, INC., recovers from defendant MARTIN RUBIO, SR., a/k/a MARTIN CARRASCO, individually and as an officer, director, shareholder, and/or principal of JAO Enterprises, LLC d/b/a TEXAS COUNTRY COOKIN' BAR & GRILL a/k/a TEXAS COUNTRY COOKING BAR & GRILL a/k/a TEXAS COUNTRY COOKING, and JAO ENTERPRISES, LLC d/b/a TEXAS COUNTRY COOKIN' BAR & GRILL a/k/a TEXAS COUNTRY COOKING BAR & GRILL a/k/a TEXAS COUNTRY COOKING, damages of $ 10,000; additional damages of $25,000; attorneys' fees and costs of $716.25; and postjudgment interest at the rate of 1.69% *per annum*.

This is a final judgment.

SIGNED on September 24, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge